# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Starwalker PR LLC ) ASBCA Nos. 61557, 61598
)
Under Contract No. W91B4N-09-D-5005 )

APPEARANCES FOR THE APPELLANT: Richard L. Moorhouse, Esq.
Jozef S. Przygrodzki, Esq.
Greenberg Traurig LLP
McLean, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Frank A. March, Esq.
MAJ Adam Kama, JA
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 7, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61557, 61598, Appeals of Starwalker PR LLC, rendered in conformance with the Board's Charter.

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals